IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-01783-RPM

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL UNION 113,

       Plaintiff,

v.

LB&B ASSOCIATES, INC.,
       Defendant.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Joint Stipulation of Voluntary Dismissal with Prejudice (Doc. #10), filed on January 4, 2007, it is

ORDERED that all claims in the above-captioned action are dismissed with prejudice.

DATED: January 4th, 2007

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge